**Esther KARFELD, et al., Appellant,**

v.

**Barbara GLASSMAN, Jake Glassman and Edward Karfeld, Respondents.**

No. 68633.

Missouri Court of Appeals,
Eastern District,
Division Two.

April 16, 1996.

Irwin M. Roitman, Clayton, for appellant.

Irvin R. Zwibelman, Clayton, Terry A. Bond, Clayton, for respondents.

Before CRAHAN, P.J., and CRANDALL and DOWD, JJ.

*ORDER*

PER CURIAM.

Appellant Esther Karfeld appeals a directed verdict in favor of Respondents Barbara Glassman, Jake Glassman and Edward Karfeld in an action to set aside a deed. Appellant complains the court erred in excluding certain evidence on hearsay grounds, and erroneously applied the law to the facts. We have reviewed the briefs and the record on appeal and find no error of law. An extended opinion would have no precedential value. The judgment is affirmed in accordance with Rule 84.16(b).

**LINDELL TRUST COMPANY,
Plaintiff/Respondent,**

v.

**Virginia B. FEINBERG and Daniel B. Feinberg, Defendants/Appellants.**

No. 68482.

Missouri Court of Appeals,
Eastern District,
Division Three.

April 16, 1996.

Gary M. Siegel, David M. Segall, St. Louis, for Virginia Feinberg.

Jerry A. Klein, Clayton, for Daniel Feinberg.

Richard A. Wunderlich, St. Louis, for respondent.

Before SMITH, P.J., and GARY M. GAERTNER and RHODES RUSSELL, JJ.

*ORDER*

PER CURIAM.

Virginia Feinberg appeals from the granting of summary judgment in favor of Lindell Trust Company in the amount of $149,752.83. We affirm.

An extended opinion would serve no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the reasons for this order. The judgment is affirmed pursuant to Rule 84.16(b).